Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:  702.862.8811
athompson@littler.com

Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone: 775.348.4888
Facsimile:  775.786.0127
lmolleck@littler.com

Attorneys for Defendant
PAM HEALTH LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLA SMITH-MARSHALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAM HEALTH LLC, a Pennsylvania limited liability company,<br><br>Defendant. | Case No. 2:26-cv-00551-APG-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Marcella Smith-Marshall and Defendant PAM Health LLC, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 3, 2026, up to and including April 17, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendant has recently been retained and still investigating the factual allegations in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

is made in good faith and not for the purpose of undue delay.

Dated: April 1, 2026                        Dated: April 1, 2026

Respectfully submitted,                     Respectfully submitted,


/s/ Matthew Hale                            /s/ Luke Molleck
Jemma E. Dunn, Esq.                         Amy L. Thompson, Esq.
Matthew T. Hale, Esq.                       Luke W. Molleck, Esq.
John M. Orr, Esq.                           LITTLER MENDELSON, P.C.
GREENBERG GROSS LLP

                                            Attorneys for Defendant
Attorneys for Plaintiff                     PAM HEALTH LLC
MARCELLA SMITH-MARSHALL


**IT IS SO ORDERED.**

Dated: _____4-3-26_____

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800