JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Marcella Smith-Marshall*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELLA SMITH-MARSHALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAM HEALTH LLC, a Pennsylvania limited liability company,<br><br>Defendant. | Case No. 2:26-cv-00551-APG-MDC<br><br>**STIPULATION AND ORDER SUBSTITUTING DEFENDANT PAM SQUARED AT LAS VEGAS, LLC D/B/A PAM HEALTH REHABILITATION HOSPITAL OF HENDERSON IN PLACE OF PAM HEALTH LLC** |

Plaintiff Marcella Smith-Marshall ("Plaintiff"), Defendant PAM Health LLC, and substituted Defendant PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson ("PAM Squared"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, Plaintiff filed her Complaint in this action on March 11, 2026, naming PAM Health LLC as Defendant;

WHEREAS, on April 17, 2026, PAM Health LLC filed its Answer to Plaintiff's Complaint, in which it stated that PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson was Plaintiff's employer and the correct entity, not PAM Health LLC;

WHEREAS, on May 8, 2026, the parties participated in a conference pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, on June 4, 2026, Plaintiff served written discovery directed to PAM Health LLC, including Plaintiff Marcella Smith-Marshall's Interrogatories to Defendant PAM Health LLC, Set One, and Plaintiff's Requests for Production of Documents to Defendant PAM Health LLC, Set One;

WHEREAS, following the parties' discussions regarding the identity of the proper employer entity, the parties agreed that substitution of PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson in place of PAM Health LLC would promote judicial economy and avoid unnecessary duplication of discovery, service, expense, and delay;

WHEREAS, on July 24, 2026, defense counsel confirmed that Plaintiff's previously served written discovery could be treated as having been served on PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson, thereby avoiding duplication of discovery and unnecessary expense;

WHEREAS, the parties agree that substitution of PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson in place of PAM Health LLC is appropriate and will facilitate the efficient resolution of this action;

WHEREAS, the parties further agree that this Stipulation does not waive, limit, or impair any defenses, objections, privileges, protections, or arguments except as expressly stated herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be substituted in place of PAM Health LLC as Defendant in this action.

2. Plaintiff shall file a First Amended Complaint solely for the purpose of substituting PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson in place of PAM Health LLC as Defendant within seven (7) days after entry of the Court's Order approving this Stipulation.

3. Upon filing of the First Amended Complaint, PAM Health LLC shall be dismissed as a defendant from this action without prejudice, and PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be substituted in its place.

4. PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be deemed to have accepted service of the First Amended Complaint through existing defense counsel, Littler Mendelson, P.C., and no summons or additional service of process shall be required.

5. All written discovery previously served by Plaintiff on PAM Health LLC, including Plaintiff Marcella Smith-Marshall's Interrogatories to Defendant PAM Health LLC, Set One, and Plaintiff's Requests for Production of Documents to Defendant PAM Health LLC, Set One, shall be deemed served on PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson as of June 4, 2026, the date such discovery was originally served. Plaintiff shall not be required to re-serve that discovery.

6. PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall have up to and including thirty (30) days after entry of the Court's Order approving this Stipulation to serve responses to Plaintiff's outstanding written discovery.

7. PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be bound by all appearances, filings, disclosures, stipulations, agreements, and proceedings previously occurring in this action to the same extent as if it had originally been named as Defendant.

8. Except as expressly modified by this Stipulation and Order, all parties reserve and preserve all defenses, objections, privileges, protections, and arguments, including but not limited to objections concerning scope, relevance, proportionality, burden, privilege, admissibility, or discoverability.

9. This Stipulation is entered into in good faith to correct the identity of the proper employer

entity and to avoid unnecessary duplication of discovery, service, cost, and delay. Nothing in this Stipulation shall be construed as an admission of liability, wrongdoing, or waiver of any claim, defense, objection, or privilege except as expressly stated herein.

***The parties certify that Artificial Intelligence was used to assist in the preparation of the foregoing document*

**IT IS SO STIPULATED**.

DATED: August 12, 2026.
GREENBERG GROSS LLP

By: *___/s/ John M. Orr___*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Marcella Smith-Marshall*

DATED: August 12, 2026.
LITTLER MENDELSON, P.C.

By: *__/s/ Luke W. Molleck__*
LUKE W. MOLLECK, ESQ.
*Attorneys for Defendant*
*PAM Health LLC and*
*substituted Defendant*
*PAM Squared at Las Vegas, LLC*
*d/b/a PAM Health Rehabilitation*
*Hospital of Henderson*

**ORDER**

Based upon the parties' Stipulation, and good cause appearing:

IT IS ORDERED that PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson is substituted in place of PAM Health LLC as Defendant in this action.

IT IS FURTHER ORDERED that Plaintiff shall file a First Amended Complaint solely for the purpose of substituting PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson as Defendant within seven (7) days after entry of this Order.

IT IS FURTHER ORDERED that, upon filing of the First Amended Complaint, PAM Health LLC shall be dismissed from this action without prejudice.

IT IS FURTHER ORDERED that PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be deemed to have accepted service of the First Amended

Complaint through counsel of record, Littler Mendelson, P.C., and no summons or additional service of process shall be required.

IT IS FURTHER ORDERED that all written discovery previously served by Plaintiff, including Plaintiff Marcella Smith-Marshall's Interrogatories to Defendant PAM Health LLC, Set One, and Plaintiff's Requests for Production of Documents to Defendant PAM Health LLC, Set One, shall be deemed served upon PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson as of June 4, 2026, and Plaintiff shall not be required to re-serve such discovery.

IT IS FURTHER ORDERED that PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall serve responses to Plaintiff's outstanding written discovery within seven (7) days after entry of this Order.

IT IS FURTHER ORDERED that PAM Squared at Las Vegas, LLC d/b/a PAM Health Rehabilitation Hospital of Henderson shall be bound by all appearances, filings, disclosures, stipulations, agreements, and proceedings occurring in this action prior to its substitution to the same extent as if it had originally been named as Defendant.

IT IS SO ORDERED.

____________________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2026.