JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Marcella Smith-Marshall*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCELLA SMITH-MARSHALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAM HEALTH LLC, a Pennsylvania limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-00551-APG-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

Plaintiff Marcella Smith-Marshall ("Plaintiff") and Defendant PAM Health LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and request that the Court extend the deadline for Plaintiff to file an amended complaint as set forth in the Court's Order dated August 13, 2026 (ECF No. 24).

This stipulation is supported by good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B) and is based upon the following:

1. On August 13, 2026, the Court entered its Order (ECF No. 24) directing Plaintiff to file an amended complaint on or before August 20, 2026.

2. On August 19, 2026, Plaintiff's counsel's older brother was emergently admitted to the

Critical Care Unit at UC San Diego Medical Center in San Diego, California.

3. Due to the severity of his brother's medical condition, Plaintiff's counsel was required to be away from the office and devote substantial time and attention to family matters beginning on August 19, 2026.

4. Unfortunately, Plaintiff's counsel's brother passed away on August 25, 2026.

5. As a result of these unforeseen circumstances, Plaintiff's counsel was away from the office from August 21, 2026, through September 1, 2026.

7. Plaintiff's failure to meet the deadline was not the result of bad faith, dilatory conduct, or intended to prejudice Defendant.

8. The parties therefore agree that good cause and excusable neglect exist to permit a brief extension of the deadline for Plaintiff to file the amended complaint.

9. The parties stipulate that Plaintiff shall have up to and including September 11, 2026 to file the amended complaint.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend Plaintiff's deadline to file an amended complaint through September 11, 2026.

IT IS SO STIPULATED.

DATED: September 3, 2026.

GREENBERG GROSS LLP

*By: /s/ John M. Orr*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Marcella Smith-Marshall*

DATED: September 3, 2026.

LITTLER MENDELSON, P.C.

*By: /s/ Luke W. Molleck*
AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
LUKE W. MOLLECK, ESQ.
Nevada Bar No. 14405
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendant*
*PAM Health LLC*

**ORDER**

IT IS SO ORDERED. My condolences to plaintiff's counsel.

DATED: 9-9-26.

UNITED STATES MAGISTRATE JUDGE